# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION

|  |  |
|---|---|
| **FREDERICK C. ROBERTIE, ET AL.,** | **Case No. 7:14-CV-165-FL** |
| **Plaintiffs,** | |
| **v.** | **ORDER TO STAY**<br>**PENDING THE CONSOLIDATION OF**<br>**THIS ACTION BY THE JPML** |
| **GAF BUILDING MATERIALS**<br>**CORPORATION,** | |
| **Defendant.** | |

The Court has considered the parties' Agreed Motion to Stay Pending the Consolidation of this Action by the JPML, and for good cause shown, it is hereby ORDERED that the motion is GRANTED. A stay is hereby entered in this matter of all proceedings, hearings, deadlines, or other obligations (including without limitation GAF's deadline to answer, move, or otherwise respond with respect to Plaintiff's Complaint and any deadline for Plaintiff to file an Amended Complaint as of right) without prejudice to any claim or defense of the parties, until such time as the JPML resolves the motion to consolidate this action with other putative class actions alleging defects in the same outdoor decking materials (the "MDL Motion") at issue in this action. Unless otherwise ordered, the stay will be in force from the date that the instant Agreed Motion to Stay was filed with this Court until 21 days after the issuance of the JPML's ruling on the MDL Motion.

IT IS SO ORDERED this __20th__ day of ___October_, 2014.

BY THE COURT:

_Louise W. Flanagan_

LOUISE W. FLANAGAN
U.S. DISTRICT JUDGE