UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| **FREDERICK C. ROBERTIE, ET AL.,** | Case No. 7:14-CV-165-FL |
| Plaintiffs, | |
| vs. | |
| **GAF BUILDING MATERIALS CORPORATION,** | |
| Defendant. | |

ORDER GRANTING
STIPULATED MOTION TO STAY

The Court has considered the parties' Stipulated Motion with Proposed Order, and for good cause shown, it is hereby ORDERED that the motion is GRANTED.

The deadlines in this case, including the time to answer or otherwise respond to the complaint, are stayed until further order of the MDL court.

IT IS SO ORDERED this ___5th___ day of ___January___, 2015.

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE